# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23-po-05049-JTJ-1 |
| vs. | |
| ALEX DE MARIGNAC, | **ORDER** |
| Defendant. | |

Upon Defendant Alex de Marignac's (Marignac) motion to reset the initial appearance and to appear remotely and with good cause shown, IT IS HEREBY ORDERED that the initial appearance is RESET for October 19, 2023 at 9:00 a.m.

IT IS ALSO ORDERED that Marignac may appear remotely at the October 19, 2023 initial appearance.  The Clerk of Court's Office will provide Marignac the information needed for his remote appearance.

DATED this 21st day of August, 2023.


_____
John Johnston
United States Magistrate Judge